[No. 32794-1-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEFAN SCHONBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01044-1, Patricia H. Aitken, J., entered March 28, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Webster and Becker, JJ.

[No. 32025-4-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY D. PROCTOR, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00228-0, George E. McIntosh, J., entered December 17 and 18, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Becker, JJ.

[Nos. 31094-1-I; 34820-5-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULA K. BLAIR, *Appellant*.

*In the Matter of the Personal Restraint of* PAULA K. BLAIR, *Petitioner*.

Appeal from a judgment of the Superior Court for Skagit County, No. 91-1-00270-2, Stanley K. Bruhn, J., entered April 27, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Cox, JJ.